# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDDY GRILLE GONZALEZ,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,

Respondents.

Case No. 1:26-cv-03691-KES-SAB-HC

ORDER SETTING BRIEFING SCHEDULE

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On May 13, 2026, Petitioner filed a petition for writ of habeas corpus. (ECF No. 1.) On May 15, 2026, the Court ordered Respondents to file a response to the petition within twenty-one days and set a briefing schedule. (ECF No. 8.) On June 1, 2026, Petitioner filed a motion for temporary restraining order ("TRO"). (ECF No. 9.) On June 2, 2026, Respondents filed a response to the motion for TRO and the petition. (ECF No. 11.) On June 4, 2026, the assigned district judge denied the motion for TRO and referred the matter "to the assigned magistrate judge for further proceedings." (ECF No. 12.)

///

///

///

1

Accordingly, the Court HEREBY ORDERS that within **THIRTY (30) days** of the date of service of this order, Petitioner may file a reply to Respondents' response.

IT IS SO ORDERED.

Dated:   **June 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge