# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDY GRILLE GONZALEZ,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br>Respondents. | Case No. 1:26-cv-03691-KES-SAB-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE STATUS REPORT REGARDING BIA APPEAL |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) On June 2, 2026, Respondent filed a response, arguing that "petitioner is subject to mandatory detention under 8 U.S.C. § 1226(c)(1)(E) because he was arrested for theft." (ECF No. 11 at 1.)

A search of the Executive Office for Immigration Review's ("EOIR") Automated Case Information System using Petitioner's A-Number indicates that Petitioner was ordered removed on August 6, 2026, and that an appeal is due by September 8, 2026. See https://acis.eoir.justice.gov/en/caseInformation (last visited Aug. 25, 2026).

///

///

///

///

Accordingly, the Court HEREBY ORDERS that by September 15, 2026, Respondents SHALL FILE a status report informing the Court whether Petitioner filed an appeal with the Board of Immigration Appeals.

IT IS SO ORDERED.

Dated: **August 26, 2026**

STANLEY A. BOONE
United States Magistrate Judge